AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | Case: 1:21-mj-00058 |
| v. | ) | Assigned to: Judge Robin M. Meriweather |
| Troy Anthony Smocks | ) | Assign Date: 1/14/2021 |
|  | ) | Description: COMPLAINT W/ARREST WARRANT |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6-7 2021__ in the county of _____ in the
_____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 875(c) | Threats in Interstate Commerce |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

Jeff Janczyk, Metropolitan Police Department
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
__Telephone__ (specify reliable electronic means).

Date: __01/14/2021__

*Judge's signature*

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

City and state: __Washington, DC__