LEAVE TO FILE GRANTED

3/15/2021

UNITED STATES DISTRICT COURT
For The
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA         )         21-cr-198 (TSC)
                                 )    CASE: 1:21-mj-00058
        v.                       )         4:21-mj-00033
                                 )
                                 )
TROY ANTHONY SMOCKS              )

NOTICE OF UNREPRESENTED PERSON APPEARANCE

Troy Anthony Smocks, gives notice of appearance by an unrepresented person, pursuant to Rule 47.3(b)(5) F.R.Crim.P.

Mr. Smocks does not have access to Federal Circuit Form 8B. Nor does he have access to an email address, or telephone, or fax machine.

Troy Anthony Smocks

RECEIVED
Mailroom

MAR -8 2021

(1)

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA    )
                            )
                            ) CASE:  1:21-mj-00058
   v.                       )
                            )        4:21-mj-00033
                            )
                            )
TROY ANTHONY SMOCKS         )

MOTION FOR AN ORDER COMPELLING THE UNITED STATES MARSHAL SERVICE TO TRANSPORT DEFENDANT INTO THE DISTRICT WITHOUT FURTHER UNREASONABLE DELAY

Comes Now, Troy Anthony Smocks, who is an unrepresented person, and the defendant to the above styled cause, respectfully moves the Court for an Order, directed to the United States Marshal Service, to transport the defendant, without further delay, into the Federal District of this Court, and in support thereof, the movant states;

On January 15, 2021, the movant was arrested on this cause by the FBI. On January 20, 2021, the movant was denied bail in the Federal Eastern District of Texas, and ordered that he be removed

(1)

from the Eastern District of Texas, to the jurisdiction of the United States District Court, for the District of Columbia. On January 29, 2021, the movant was transferred from the Fannin County Jail, located within the state of Texas, to the Grady County Jail, located in the state of Oklahoma. As of the date of this pleading (March 1, 2021) the United States Marshal Service, has neglected to act in transporting the movant into the jurisdiction of this Court, so as to enable the movant meaningful access to the Court. 18 USC 3161(h)(1)(F), declares that any delay in transporting a prisoner from one District to another, which exceeds ten (10) days is "unreasonable". And in United States v. Dunn, 148 U.S. App. D.C. 91, 459 F. 2d 1115 (D.C. Cir 1972), the Court held that, "the very assumption of the Sixth Amendment is that unreasonable delays are by their nature prejudicial. It is not generally necessary for the defendant to demonstrate affirmatively that he has been prejudiced by an unreasonable delay." The movant has been continuously detained since January 29, 2021, without the benefit of being within the Federal District of his arrest, or within the Federal District wherein he may defend against the allegation against him.

## PRAYER

For the reasons stated herein, movant prays that the Court, grants his MOTION FOR AN ORDER COMPELLING THE UNITED STATES MARSHAL SERVICE TO TRANSPORT DEFENDANT INTO THE DISTRICT WITHOUT FURTHER UNREASONABLE DELAY.

Respectfully Submitted

TROY ANTHONY SMOCKS

## CERTIFICATE OF SERVICE

I certify that on March 1, 2021, that I mailed a true and complete copy of this pleading to the Office of the United States Attorney, 333 Constitution Ave. N.W., Washington, D.C. 20001

TROY ANTHONY Smock