

colonel007

 1.3k   16k   14k

 **ColonelTPerez (Ret)** 1 day ago · 👁 72k
@Colonel007

Today, January 6, 2021, We Patriots by the millions, have arrived in Washington, D.C., carrying banners of support for the greatest President the world has ever known.

Bit if We must...

Many of Us will return on January 19, 2021, carrying Our weapons, in support of Our nation's resolve, towhich the world will never forget!!!

We will come in numbers that no standing army or police agency can match. However, the police are NOT Our enemy, unless they choose to be!

All who will not stand with the American Patriots... or who cannot stand with Us.. then, that would be a good time for YOU to take a few vacation days.

The American Patriot


DEFENDANT'S EXHIBIT 1
4:21MJ 33-1