UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) ) ) | |
| v. | ) ) | |
| **TROY ANTHONY SMOCKS**, | ) ) | Crim No. 21-cr-198 (TSC) |
| **Defendant.** | ) ) ) | |

# ORDER

Upon consideration of the parties' filings, the hearing of April 14, 2021, and for the reasons stated in the accompanying Memorandum Opinion, Defendant's Amended Motion to Dismiss for Violation of the Speedy Trial Act (ECF No. 19) is DENIED without prejudice.

Date:  May 7, 2021

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge