IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TROY ANTHONY SMOCKS,<br><br>　　　　　Defendant. | CRIMINAL NO. 21-cr-00198<br><br>UNDER SEAL |

### ORDER

Having considered the United States' Sealed Motion to File Sealed Document and the representations contained therein, it is hereby **ORDERED** that the motion be, and hereby is, **GRANTED**. The United States' Sealed Motion to File Sealed Document and the attached Exhibits A and B are to be filed and maintained **UNDER SEAL** until further order of the Court.

**SO ORDERED** this 19th day of May, 2021.

*Tanya S. Chutkan*
_____
Hon. Tanya Chutkan
United States District Judge