# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) CRIM NO. 21-CR-198-TSC |
| TROY ANTHONY SMOCKS, | ) Judge: Chutkan |
| | ) |
| Defendant. | ) |

## UNOPPOSED MOTION TO CONDUCT SENTENCING IN PERSON

COMES NOW Troy Anthony Smocks, by and through counsel, and moves to conduct Mr. Smocks' sentencing in person. As reasons therefor, defendant states as follows:

1. On September 29, 2021, defendant Troy Smocks pled guilty to one count of Threats in Interstate Communication, in violation of 18 U.S.C. § 875(c). At that time, the court set a sentencing date of October 18, 2021, at 12:30 p.m.

2. Later that day, the parties were contacted by the court that due to some issues with regard to the jail, Mr. Smocks could not be sentenced via video from the jail on October 18, 2021. The parties and the court have not finalized a rescheduled sentencing date at this time.

3. After speaking to the defendant, it is Mr. Smocks' desire to be sentenced in person on October 18, 2021, at 12:30, thus avoiding the issues at the

1

jail and maintaining the sentencing on the original date. Upon information and belief, that original date and time are still available to the court.

4. The defendant has spoken to the government via AUSA Michael Friedman, who has indicated that the government does not oppose this motion.

WHEREFORE, for the reasons stated above, defendant Troy Smocks respectfully requests that the court conduct the sentencing of Mr. Smocks in person, preferably on the originally set sentencing date of October 18, 2021, at 12:30 pm, as originally scheduled.

Respectfully submitted,

TROY ANTHONY SMOCKS
By Counsel

\_\_\_/s/ John L. Machado_____
John L. Machado, Esq.
Bar No. 449961
Counsel for Troy Anthony Smocks
503 D Street, N.W., Suite 310
Washington, DC 20001
Telephone: (703) 989-0840
E-mail: johnlmachado@gmail.com

## Certificate of Service

I hereby certify that a true copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system this 6th day of October, 2021, which will send a notification of such filing (NEF) to the following to all counsel of record.

   /s/John L. Machado
John L. Machado, Esq.
Bar Number 449961
Attorney for Troy Anthony Smocks
Law Office of John Machado
503 D Street NW, Suite 310
Washington, D.C. 20001
Telephone (703)989-0840
Email: johnlmachado@gmail.com