# EXHIBIT A

FILED: **2/14/05**
U.S. DISTRICT COURT
EASTERN DISTRICT COURT
DAVID J. MALAND, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | Cause No.  4:05CR12 |
| V. § | |
| § | Judge Schneider |
| TROY ANTHONY SMOCKS § | |

### ORDER FOR WRIT AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The Petition for Writ of Habeas Corpus Ad Prosequendum of the United States Attorney for the Eastern District of Texas in behalf of the United States of America, on this date came on for consideration, and it appearing to the Court that the Petition states good and sufficient cause for the issuance of the Writ of Habeas Corpus Ad Prosequendum as requested, it is now hereby,

ORDERED and DIRECTED that the United States Marshal, Eastern District of Texas and the Warden of the Missouri State Prison shall produce and have the body of TROY ANTHONY SMOCKS, Defendant herein, who is detained in the custody of the Warden of the Missouri State Prison before the United States District Court for the Eastern District of Texas, Sherman, Texas, *instanter,* the said Defendant to appear for Initial Appearance/Arraignment and for all further proceedings upon an Indictment pending in the above-styled cause; and to return the said TROY ANTHONY SMOCKS**,** Defendant herein, to the custody of the Warden of the Missouri State Prison under safe and secure conduct at the conclusion of all said proceedings hereafter ordered by this Court, and have you then and there this Writ.

**SIGNED this 14th day of February, 2005.**

_____
DON D. BUSH
UNITED STATES MAGISTRATE JUDGE