IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) CRIM NO. 21-CR-198-TSC |
| TROY ANTHONY SMOCKS, | ) Judge: Chutkan |
| | ) |
| Defendant. | ) |

## NOTICE OF FILING

COMES NOW Troy Anthony Smocks, through counsel, and provides the following notice of filing of an Amended Emergency Petition for Writ of Prohibition, which was filed in the U.S. District Court of the Eastern District of Texas, case number 4:22-cv-00838-ALM-KPJ, a copy of which combined with exhibits,1 is attached hereto.

Respectfully submitted,

TROY ANTHONY SMOCKS
By Counsel

   /s/ John L. Machado
John L. Machado, Esq.
Bar No. 449961
Counsel for Troy Anthony Smocks
503 D Street, N.W., Suite 310
Washington, DC 20001
Telephone: (703) 989-0840
E-mail: johnlmachado@gmail.com

---

1 Undersigned counsel has redacted personal information of the defendant in the exhibits in order to comply with local rule requirements.

1

## Certificate of Service

I hereby certify that a true copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system this 4th day of October, 2022, which will send a notification of such filing (NEF) to the following to all counsel of record.

   /s/John L. Machado
John L. Machado, Esq.
Bar Number 449961
Attorney for Troy Anthony Smocks
Law Office of John Machado
503 D Street NW, Suite 310
Washington, D.C. 20001
Telephone (703)989-0840
Email: johnlmachado@gmail.com