IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | CRIM NO. 21-CR-198-TSC |
| TROY ANTHONY SMOCKS, ) | Judge: Chutkan |
| ) | |
| Defendant. ) | |

**MOTION TO FILE
OBJECTION TO PROBATION PETITION
OUT OF TIME**

COMES NOW Troy Anthony Smocks, through counsel, and respectfully request the court to grant his motion to accept his Objection to Probation Petition out of time. As reasons therefor, Mr. Smocks states as follows.

1. On September 7, 2022, the probation office filed a probation petition in this matter.

2. On October 5, 2022, this honorable court set a deadline of October 14, 2022, for the defense to file any objection to the Probation Petition (Dkt. 71).

3. Due to some arguments provided to undersigned counsel by Mr. Smocks, some of which had merit but needed to be more thoroughly researched.

4. The government still has sufficient time to respond, as this is being filed just one additional business day past the deadline.

1

WHEREFORE, Mr. Smocks respectfully requests that this motion be granted, and that the Objection to Probation Petition be filed.

Respectfully submitted,

TROY ANTHONY SMOCKS
By Counsel

   /s/ John L. Machado
John L. Machado, Esq.
Bar No. 449961
Counsel for Troy Anthony Smocks
503 D Street, N.W., Suite 310
Washington, DC 20001
Telephone: (703) 989-0840
E-mail: johnlmachado@gmail.com

## Certificate of Service

I hereby certify that a true copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system this 17th day of October, 2022, which will send a notification of such filing (NEF) to the following to all counsel of record.

    /s/John L. Machado
John L. Machado, Esq.
Bar Number 449961
Attorney for Troy Anthony Smocks
Law Office of John Machado
503 D Street NW, Suite 310
Washington, D.C. 20001
Telephone (703)989-0840
Email: johnlmachado@gmail.com

3