UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | )<br>)<br>)<br>) |
| v. | ) Criminal No. 21-cr-198 (TSC)<br>) |
| **TROY ANTHONY SMOCKS**, | )<br>)<br>) |
| Defendant. | )<br>) |

## **ORDER**

For the reasons stated at the hearing held on November 2, 2022, Mr. Smocks's conditions of supervised release are MODIFIED as follows:

1. You must allow the probation officer to install computer monitoring software on any computer (as defined in 18 U.S.C. § 1030(e)(1)) you use.

2. Computer Search - You must submit your computers (as defined in 18 U.S.C. § 1030(e)(1)) or other electronic communications or data storage devices or media, to a search. You must warn any other people who use these computers or devices capable of accessing the Internet that the devices may be subject to searches pursuant to this condition. A probation officer may conduct a search pursuant to this condition only when reasonable suspicion exists that there is a violation of a condition of supervision and that the computer or device contains evidence of this violation. Any search will be conducted at a reasonable time and in a reasonable manner.

In addition, for the reasons stated at the hearing held on November 2, 2022, Mr. Smocks's oral Motion to Stay this Order pending appeal is DENIED.

Date: November 2, 2022

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge